UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMILEDIRECTCLUB, INC., et al.,<br>   Plaintiffs,<br><br>  v.<br><br>RENEE COLORADO,<br>   Defendant. | Case No. 23-cv-01189-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 30 |

Pursuant to the Court's Order Granting Motion to Dismiss and Denying Petition to Compel Arbitration, Judgment is accordingly entered in favor of defendant and against plaintiffs.

Dated: August 10, 2023          Mark B. Busby, Clerk

                         *Jean M. Davis*
                       By: Jean M. Davis, Deputy Clerk